# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

## I. (a) PLAINTIFFS

YWAIDBEE MACHIN QUIRANTES

## DEFENDANTS

UNITEDHEALTHCARE, INC., and
UNITEDHEALTHCARE SERVICES, INC.,

**(b)** County of Residence of First Listed Plaintiff __Miami Dade__
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant __Miami Dade__
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

GARY A. COSTALES, P.A, 1200 Brickell Avenue, Suite 1440
Miami, Florida 33131
(305) 375-9510 Tel. 314 (305) 375-9511 (facsimile)

Attorneys (If Known)

(d) Check County Where Action Arose: ✓ MIAMI-DADE · MONROE · BROWARD · PALM BEACH · MARTIN · ST LUCIE · INDIAN RIVER · OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ▢ 1 U.S. Government Plaintiff
- ✓ 3 Federal Question (U.S. Government Not a Party)
- ▢ 2 U.S. Government Defendant
- ▢ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only) and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ▢ 1 | ▢ 1 | Incorporated or Principal Place of Business In This State | ▢ 4 | ▢ 4 |
| Citizen of Another State | ▢ 2 | ▢ 2 | Incorporated and Principal Place of Business In Another State | ▢ 5 | ▢ 5 |
| Citizen or Subject of a Foreign Country | ▢ 3 | ▢ 3 | Foreign Nation | ▢ 6 | ▢ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ▢ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ▢ 610 Agriculture | ▢ 422 Appeal 28 USC 158 | ▢ 400 State Reapportionment |
| ▢ 120 Marine | ▢ 310 Airplane / ▢ 362 Personal Injury— Med Malpractice | ▢ 620 Other Food & Drug | ▢ 423 Withdrawal 28 USC 157 | ▢ 410 Antitrust |
| ▢ 130 Miller Act | ▢ 315 Airplane Product Liability / ▢ 365 Personal Injury— Product Liability | ▢ 625 Drug Related Seizure of Property 21 USC 881 | | ▢ 430 Banks and Banking |
| ▢ 140 Negotiable Instrument | ▢ 320 Assault, Libel & Slander / ▢ 368 Asbestos Personal Injury Product Liability | ▢ 630 Liquor Laws | **PROPERTY RIGHTS** | ▢ 450 Commerce |
| ▢ 150 Recovery of Overpayment & Enforcement of Judgment | ▢ 330 Federal Employers' Liability | ▢ 640 R.R. & Truck | ▢ 820 Copyrights | ▢ 460 Deportation |
| ▢ 151 Medicare Act | | ▢ 650 Airline Regs | ▢ 830 Patent | ▢ 470 Racketeer Influenced and Corrupt Organizations |
| ▢ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ▢ 340 Marine / **PERSONAL PROPERTY** ▢ 370 Other Fraud | ▢ 660 Occupational Safety/Health | ▢ 840 Trademark | ▢ 480 Consumer Credit |
| ▢ 153 Recovery of Overpayment of Veteran's Benefits | ▢ 345 Marine Product Liability / ▢ 371 Truth in Lending | ▢ 690 Other | | ▢ 490 Cable/Sat TV |
| ▢ 160 Stockholders' Suits | ▢ 350 Motor Vehicle / ▢ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ▢ 810 Selective Service |
| ▢ 190 Other Contract | ▢ 355 Motor Vehicle Product Liability / ▢ 385 Property Damage Product Liability | ✓ 710 Fair Labor Standards Act | ▢ 861 HIA (1395ff) | ▢ 850 Securities/Commodities/ Exchange |
| ▢ 195 Contract Product Liability | ▢ 360 Other Personal Injury | ▢ 720 Labor/Mgmt. Relations | ▢ 862 Black Lung (923) | ▢ 875 Customer Challenge 12 USC 3410 |
| ▢ 196 Franchise | | ▢ 730 Labor/Mgmt. Reporting & Disclosure Act | ▢ 863 DIWC/DIWW (405(g)) | ▢ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ▢ 740 Railway Labor Act | ▢ 864 SSID Title XVI | ▢ 891 Agricultural Acts |
| ▢ 210 Land Condemnation | ▢ 441 Voting / ▢ 510 Motions to Vacate Sentence | ▢ 790 Other Labor Litigation | ▢ 865 RSI (405(g)) | ▢ 892 Economic Stabilization Act |
| ▢ 220 Foreclosure | ▢ 442 Employment / **Habeas Corpus:** | ▢ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ▢ 893 Environmental Matters |
| ▢ 230 Rent Lease & Ejectment | ▢ 443 Housing/ Accommodations / ▢ 530 General | | ▢ 870 Taxes (U.S. Plaintiff or Defendant) | ▢ 894 Energy Allocation Act |
| ▢ 240 Torts to Land | ▢ 444 Welfare / ▢ 535 Death Penalty | **IMMIGRATION** | ▢ 871 IRS—Third Party 26 USC 7609 | ▢ 895 Freedom of Information Act |
| ▢ 245 Tort Product Liability | ▢ 445 Amer. w/Disabilities— Employment / ▢ 540 Mandamus & Other | ▢ 462 Naturalization Application | | ▢ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ▢ 290 All Other Real Property | ▢ 446 Amer. w/Disabilities— Other / ▢ 550 Civil Rights | ▢ 463 Habeas Corpus Alien Detainee | | |
| | ▢ 440 Other Civil Rights / ▢ 555 Prison Condition | ▢ 465 Other Immigration Actions | | ▢ 950 Constitutionality of State Statutes |

## V. ORIGIN (Place an "X" in One Box Only)

- ✓ 1 Original Proceeding
- ▢ 2 Removed from State Court
- ▢ 3 Re-filed (see VI below)
- ▢ 4 Reinstated or Reopened
- ▢ 5 Transferred from another district (specify)
- ▢ 6 Multidistrict Litigation
- ▢ 7 Appeal to District Judge from Magistrate Judgment

## VI. RELATED/RE-FILED CASE(S). (See instructions second page):

a) Re-filed Case ▢ YES ✓ NO   b) Related Cases ▢ YES ▢ NO

JUDGE _____   DOCKET NUMBER _____

## VII. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity)

Action for overtime pursuant to 29 USC Sec 207 and 215, Title VII and the ADA

LENGTH OF TRIAL via _3_ days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:

✓ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ✓ Yes ▢ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD

DATE ~~January 13, 2017~~ 6/13/17

**FOR OFFICE USE ONLY**

AMOUNT _____   RECEIPT # _____   IFP _____